## BARNES *v.* CAREY

HILL, J. It not appearing that any error of law was committed pending the trial, as complained of in the motion for new trial, and as it can not be said that the evidence in favor of the prevailing party was weak or unsatisfactory, the judge erred in granting a second new trial. *Merchants & Miners Transportation Co.* v. *Corcoran,* 4 *Ga. App.* 654 (2), 659 (62 S. E. 130), and cit.

*Judgment reversed. All the Justices concur.*

No. 6443. DECEMBER 13, 1928. REHEARING DENIED JANUARY 25, 1929.

*Mozley & Gann* and *Jesse Moore,* for plaintiff.
*George & John L. Westmoreland,* for defendant.